
RECEIVED
IN LAKE CHARLES, LA
DEC 19 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JOSEPH G. DARBONNE** | : | **DOCKET NO. 06-0067** |
| **VS.** | : | **JUDGE MINALDI** |
| **JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED, ADJUDGED, and DECREED that this matter be, and it is hereby affirmed and dismissed with prejudice.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this _18_ day of _December_, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE